UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

SHAKEARA WARE, ET AL.                                                                                   Plaintiffs

v.                                                                                   CivilAction No. 3:25CV-720-RGJ

UNITED PARCEL SERVICE, INC., ET AL.                                                        Defendants

**O R D E R**

Upon review of this matter, the undersigned has determined that recusal is required pursuant to 28 U.S.C. § 455. Accordingly, it is hereby

**ORDERED** that District Judge Rebecca Grady Jennings **RECUSES** from this matter and the action is **reassigned** to the docket of Chief District Judge Greg N. Stivers United States District Court Judge, for all further proceedings. Counsel are requested to change the Civil action number to reflect the initials GNS on all further pleadings.

Copies to:
All Counsel
Case Manager to Chief Judge Greg N. Stivers