**IN THE UNITED STATES DISTRICT COURT**
**FOR WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

LADRAPER MORRIS, et.al.,

       *Plaintiffs,*

 v.

UNITED PARCEL SERVICE, INC, et.al.,

       *Defendants.*

Case No. 3:25-CV-720-GNS-CHL

Judge Greg N. Stivers

## ENTRY OF APPEARANCE

The undersigned attorney, Josh Autry, of the law firm of Morgan & Morgan, hereby gives notice of his appearance as counsel for Plaintiff, Ladraper Morris, in this action. The undersigned counsel respectfully requests that copies of all pleadings, motions, and correspondence be served upon him at the address below.

Dated: July 24, 2026

Respectfully submitted,

*/s/ Josh Autry*
Josh Autry
MORGAN & MORGAN
199 Water St, Suite 1500
New York, NY 10038
Tel: (859) 899-8785
Fax: (859) 899-8806
jautry@forthepeople.com
*Attorney for Plaintiff*

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 24, 2026, I filed the foregoing Entry of Appearance with the Clerk of the Court using CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record via Case Management/Electronic Case Filing System ("CM/ECF").

*/s/ Josh Autry*
Josh Autry